**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HBI BRANDED APPAREL ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STATESIDE MERCHANTS, LLC,<br><br>Defendant. | Case No.  CV 23-10528-GW-PVCx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 28, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE